# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2197

_____

Michael M. Ngrime,                          *
                                            *
          Appellant,                        *
                                            *   Appeal from the United States
     v.                                     *   District Court for the
                                            *   District of Nebraska.
Huntington Park Care Center, Inc.,          *
                                            *   [UNPUBLISHED]
          Appellee.                         *

_____

Submitted: July 16, 2007
Filed: July 23, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Michael M. Ngrime appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action against his former employer, Huntington Park Care Center, Inc. Having carefully reviewed the record and considered Ngrime's arguments, we find no basis for reversal. See Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (de novo standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable F. A. Gossett, III, United States Magistrate Judge for the District of Nebraska, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).